UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No.: 10-46679-BKC-AJC
                                                    Chapter 13
GONZALO A RINCON
CARMEN C RINCON,

    Debtors.
_____/

## MOTION TO DETERMINE THAT DEBTORS ARE NOT ENTITELD TO A DISCHARGEAND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

COMES NOW, Nancy K. Neidich, Standing Chapter 13 Trustee, by and through the undersigned counsel, and moves this Honorable Court to enter an order pursuant to 11 U.S.C. § 1328(f)(1) denying the Debtors a discharge in the instant case due to a previous discharge in a Chapter 7 case, case number 10-17978-AJC, and as grounds therefore states:

1. On July 9, 2010, the Debtors received a discharge in their previous Chapter 7 case. *See In re Roncon*, 10-17978-AJC [ECF No. 27].

2. The Debtors filed the instant case on November 30, 2010.

## RELIEF REQUESTED

The Trustee requests the Court enter an order determining the Debtors are not entitled to a discharge of any unsecured debts in the instant case. Bankruptcy Code Section 1328(f)(1) states in pertinent part:

> [. . .] the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor has received a discharge—
> (1) in a case filed under chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter…

1

11 U.S.C. § 1328(f)(1). "The commencement of a voluntary case under a chapter of this title constitutes an order for relief under such chapter." *11 U.S.C. § 301(b)*. As the Debtors have voluntarily filed the instant case within four years of receiving a discharge in their previous Chapter 7 case, the Trustee request the Court enter and order determining the Debtors are not entitled to a discharge in the instant case.

WHEREFORE, for the above stated reasons, the Trustee respectfully requests this Honorable Court enter an order pursuant to 11 U.S.C. § 1328(f)(1) determining the Debtors are not entitled to a discharge in the instant case and for any further relief as may be deemed just and proper.

NANCY K. NEIDICH<br>
Standing Chapter 13 Trustee<br><br>
By: /s/ _____<br>
José Miceli, Esq.<br>
Staff Attorney<br>
(954) 443-4402<br>
Florida Bar No. 0077539<br>
P.O. BOX 279806<br>
MIRAMAR, FL 33027

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing and the Notice of Hearing generated by the Clerk of the Bankruptcy Court was served upon Counsel for the Debtors.

Dated: JUL 2 8 2016

NANCY K. NEIDICH<br>
Standing Chapter 13 Trustee<br><br>
By: /s/ _____<br>
Jose Miceli, Esq.<br>
Staff Attorney<br>
(954) 443-4402<br>
Florida Bar No. 0077539<br>
P.O. BOX 279806<br>
MIRAMAR, FL 33027