

ORDERED in the Southern District of Florida on September 29, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　A. Jay Cristol, Judge
　　　　　　　　　　　　　　　　　United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                             CASE No.: 10-46679-BKC-AJC

GONZALO A RINCON
CARMEN C RINCON,

　　　　　　　Debtors.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO DETERMINE
THAT DEBTORS ARE NOT ENTITLED TO A DISCHARGE**

THIS CASE came before the Court on August 23, 2016, at 9:00 a.m. upon the Trustee's *Motion to Determine that Debtors are not Entitled to a Discharge* ("Motion") [ECF No. 77] and for the reasons stated on the record, it is:

ORDERED as follows:

1. The Trustee's Motion is GRANTED.

　　　　　　　　　　　　　　　　　# # #

　　　　　　　　　　　　　　　Submitted by
　　　　　　　　　　　　　　　NANCY K. NEIDICH, ESQUIRE
　　　　　　　　　　　　　　　STANDING CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　By:_____/s/_____
　　　         　　　　　　　　JOSE MICELI, ESQ.
　　　　　　　　　　　　　　　FLORIDA BAR NO: 91727
　　　　　　　　　　　　　　　P.O. BOX 279806
　　　　　　　　　　　　　　　MIRAMAR, FL 33027

(954) 443-4402

Nancy K. Neidich, Esq. shall serve a copy of this order on the creditor and file a certificate of service with the Clerk of the Court.